The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH VILLAFAN, a single man; WOLFGANG OLSON, a single man; and JOSH GRAVES, a married but separated man,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MOTORSPORT, LLC, a Washington limited liability company; HILT VENTURE CAP INC., a Washington limited liability company; DONALD FLEMING and JANE DOE FLEMING, residents of Montana, and the marital community composed thereof; NORTHWEST MOTORSPORT, INC., a Washington corporation; RICHARD FORD and JANE DOE FORD, residents of Texas, and the marital community composed thereof; RFJ AUTO PARTNERS NORTHERN HOLDINGS, INC., a Delaware corporation; JOHN and JANE DOES 1-5 and the marital communities composed thereof; and RFJ AUTO GROUP, INC., a foreign corporation,<br><br>Defendants. | C20-1616 TSZ<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES**<br><br>**CLERK'S ACTION REQUIRED**<br><br>**NOTE ON MOTION CALENDAR: THURSDAY, JUNE 24, 2021** |

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES - 1**
C20-1616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Phone: 425-582-8165
eugenebolin@gmail.com

# I. STIPULATED REQUESTED RELIEF

Pursuant to LCR 7(j) and LCR 10(g), the parties to this action, hereby stipulate and jointly request relief regarding the following pretrial deadlines from the Minute Order Setting Trial and Related Dates (Dkt. #9):

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Class certification discovery cut-off | August 2, 2021 | November 2, 2021 |
| Deadline for filing motions related to class certification | September 30, 2021 | December 30, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 14, 2021 | January 14, 2022 |
| Deadline for filing all motions related to discovery | December 30, 2021 | March 30, 2022 |
| Deadline for all remaining discovery | January 27, 2022 | April 27, 2022 |
| Deadline for filing dispositive motions | March 24, 2022 | May 24, 2022 |
| Deadline for filing motions related to expert witnesses | March 31, 2022 | May 31, 2022 |
| Trial Date | August 22, 2022 | September 26, 2022 |

The parties agree that the current discovery and certification related deadlines, referenced above, should be extended. Good cause exists for this extension of time on these deadlines as the parties are still actively engaged in taking depositions but require additional time to complete those depositions prior to preparing and presenting this matter for trial.

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES - 2**
C20-1616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone: 425-582-8165
eugenebolin@gmail.com

Based on all of the foregoing, counsel for the parties have conferred and agreed that an extension of the deadlines is warranted. The parties hereby stipulate to the proposed extensions.

IT IS SO STIPULATED, and a proposed order consistent with LCR 10(g) is attached herewith. The parties respectfully request entry of the subjoined order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 24th day of June, 2021.

DATED this 24th day of June, 2021.

Law Offices of Eugene N. Bolin, Jr., PS
By: *s/Eugene N. Bolin, Jr.*
Eugene N. Bolin, Jr., WSBA #11450
144 Railroad Ave., Suite #308
Edmonds, WA 98020
Telephone: 425-582-8165
Fax: 888-527-2710
Email: eugenebolin@gmail.com
*Attorney for Plaintiffs*

Forsberg & Umlauf, P.S.
By: *s/Martin J. Pujolar*
Martin J. Pujolar, WSBA #36049
Paul S. Smith, WSBA #28099
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
Email: mpujolar@foum.law
Email: psmith@foum.law
*Attorneys for Defendants*

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES - 3**
C20-1616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Phone: 425-582-8165
eugenebolin@gmail.com

# ORDER

This matter, having come before the Court on the above stipulated motion, IT IS SO ORDERED THAT:

1. Relief is granted to extend the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class certification discovery cut-off | August 2, 2021 | November 2, 2021 |
| Deadline for filing motions related to class certification | September 30, 2021 | December 30, 2021 |
| Disclosure of expert testimony under FRCP 26(a)(2) | December 14, 2021 | January 14, 2022 |
| Deadline for filing all motions related to discovery | December 30, 2021 | March 30, 2022 |
| Deadline for all remaining discovery | January 27, 2022 | April 27, 2022 |
| Deadline for filing dispositive motions | March 24, 2022 | May 24, 2022 |
| Deadline for filing motions related to expert witnesses | March 31, 2022 | May 31, 2022 |
| Trial Date | August 22, 2022 | September 26, 2022 |

Dated this 25th day of June, 2021.

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES - 4**
C20-1616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Phone: 425-582-8165
eugenebolin@gmail.com

# DECLARATION OF SERVICE

I hereby certify that on the 24th day of June, 2021, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Martin J. Pujolar, WSBA #36049
Paul S. Smith, WSBA #28099
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
Email: mpujolar@foum.law
Email: psmith@foum.law
Attorneys for Defendants Northwest Motorsport, LLC, Northwest Motorsport, Inc., Donald Fleming, Richard Ford, RFJ Auto Partners Northern Holdings, Inc., RFJ Auto Group, Inc.

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 24th day of June, 2021, at Edmonds, WA.

**LAW OFFICES OF EUGENE N. BOLIN, JR., P.S.**
s/Eugene N. Bolin, Jr. _____
Eugene N. Bolin, Jr., WSBA #11450
Attorney for Plaintiffs
144 Railroad Ave., Ste. 308
Edmonds, WA 98020
Email: eugenebolin@gmail.com
425-582-8165

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINES - 5**
C20-1616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Phone: 425-582-8165
eugenebolin@gmail.com