# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SETH VILLAFAN, et al.,

    Plaintiff,

v.

NORTHWEST MOTORSPORT LLC, et al.,

    Defendant.

C20-1616 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Stipulated Motion for an Extension of Deadlines, docket no. 12, the Court further continues the deadlines as indicated:

| Motions in limine filing deadline | August 25, 2022 |
|---|---|
| Agreed pretrial order due[1] | September 9, 2022 |
| Trial briefs, proposed voir dire questions, and jury instructions, and/or proposed findings of fact and conclusions of law due | September 9, 2022 |

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on January 13, 2021, docket no. 9.

MINUTE ORDER - 1

| Pretrial conference scheduled for | September 16, 2022 at 10:00 a.m. |
|---|---|

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of June, 2021.

                                   William M. McCool
                                   Clerk

                                   s/Gail Glass
                                   Deputy Clerk

MINUTE ORDER - 2