UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH VILLAFAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWEST MOTORSPORT, LLC, et al., <br><br> Defendants. | C20-1616 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties' Second Stipulated Motion for Continuing Class Certification Discovery Deadline, docket no. 23, is GRANTED. The deadline for completing discovery on class certification issues is EXTENDED to April 5, 2022. The deadline for motions on class certification is EXTENDED to May 12, 2022.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of January, 2022.

Ravi Subramanian<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 1