The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH VILLAFAN, a single man; WOLFGANG OLSON, a single man; and JOSH GRAVES, a married but separated man,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MOTORSPORT, LLC, a Washington limited liability company; HILT VENTURE CAP INC., a Washington limited liability company; DONALD FLEMING and JANE DOE FLEMING, residents of Montana, and the marital community composed thereof; NORTHWEST MOTORSPORT, INC., a Washington corporation; RICHARD FORD and JANE DOE FORD, residents of Texas, and the marital community composed thereof; RFJ AUTO PARTNERS NORTHERN HOLDINGS, INC., a Delaware corporation; JOHN and JANE DOES 1-5 and the marital communities composed thereof; and RFJ AUTO GROUP, INC., a foreign corporation,<br><br>Defendants. | NO. 2:20-cv-01616 TSZ<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR FILING MOTIONS RELATED TO CLASS CERTIFICATION**<br><br>**CLERK'S ACTION REQUIRED**<br><br>**NOTE ON MOTION CALENDAR: WEDNESDAY, NOVEMBER 15, 2022** |

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR FILING MOTIONS RELATED TO CLASS CERTIFICATION - 1**
No. 2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone: 425-582-8165
eugenebolin@gmail.com

## I. STIPULATED REQUESTED RELIEF

Pursuant to LCR 7(j) and LCR 10(g), the parties to this action, hereby stipulate and jointly request relief regarding the deadline for filing motions related to class certification.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for filing motions related to class certification | November 17, 2022 | December 1, 2022 |

The parties agree that the current deadline for filing a motion for class certification should be extended to December 1, 2022. Good cause exists for this extension of time given the scheduling conflicts of experts whose participation in the preparation of the motion is essential. One such expert also continues to recover from Covid. The parties agree that the current deadline for filing motions related to class certification should be extended to Thursday, December 1, 2022.

Based on the foregoing, counsel for the parties has conferred and agreed that an extension of the deadline for filing motions related to class certification is warranted. The parties hereby stipulate to the proposed extension.

IT IS SO STIPULATED, and a proposed order consistent with LCR 10(g) is attached herewith. The parties respectfully request entry of the subjoined order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR FILING MOTIONS RELATED TO CLASS CERTIFICATION - 2
No. 2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone: 425-582-8165
eugenebolin@gmail.com

DATED this 15th day of November, 2022.

DATED this 15th day of November, 2022.

Law Offices of Eugene N. Bolin, Jr., PS
By: *s/Eugene N. Bolin, Jr.*
Eugene N. Bolin, Jr., WSBA #11450
144 Railroad Ave., Suite #308
Edmonds, WA  98020
Telephone: 425-582-8165
Fax:  888-527-2710
Email:  eugenebolin@gmail.com
*Attorney for Plaintiffs*

Forsberg & Umlauf, P.S.
By: *s/Paul S. Smith*
Paul S. Smith, WSBA #28099
Martin J. Pujolar, WSBA #36049
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
Email: mpujolar@foum.law
Email: psmith@foum.law
*Attorneys for Defendants*

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR FILING MOTIONS RELATED TO CLASS CERTIFICATION - 3**
No. 2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone: 425-582-8165
eugenebolin@gmail.com

**ORDER**

This matter, having come before the Court on the above-stipulated motion, IT IS SO ORDERED THAT:

1. Relief is granted to extend the following deadline:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for filing motions related to class certification | November 17, 2022 | December 1, 2022 |

Dated this __17th___ day of ___November_____, 2022.

*Thomas S. Zilly*

THE HONORABLE THOMAS S. ZILLY

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR FILING MOTIONS RELATED TO CLASS CERTIFICATION - 4
No. 2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone: 425-582-8165
eugenebolin@gmail.com

# DECLARATION OF SERVICE

I hereby certify that on the 15th day of November, 2022, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Martin J. Pujolar, WSBA #36049
Paul S. Smith, WSBA #28099
Forsberg & Umlauf, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
Email: mpujolar@foum.law
Email: psmith@foum.law
Attorneys for Defendants Northwest Motorsport, LLC, Northwest Motorsport, Inc., Donald Fleming, Richard Ford, RFJ Auto Partners Northern Holdings, Inc., RFJ Auto Group, Inc.

I affirm under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 15th day of November, 2022, at Edmonds, WA.

**LAW OFFICES OF EUGENE N. BOLIN, JR., P.S.**

s/Eugene N. Bolin, Jr.
Eugene N. Bolin, Jr., WSBA #11450
Attorney for Plaintiffs
144 Railroad Ave., Ste. 308
Edmonds, WA 98020
Email: eugenebolin@gmail.com
425-582-8165

**STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR FILING MOTIONS RELATED TO CLASS CERTIFICATION - 5**
No. 2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA 98020
Phone: 425-582-8165
eugenebolin@gmail.com