UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH VILLAFAN, et al.,

    Plaintiff,

v.

NORTHWEST MOTORSPORT, LLC, et al.,

    Defendant.

C20-1616 TSZ

ORDER

THIS MATTER comes before the Court on Defendants' motion to dismiss, docket no. 67. Having reviewed all papers filed in support of, and in opposition to, the motion, the Court enters the following order.

Plaintiffs agree that dismissing their class claims pursuant to 28 U.S.C. § 1332(d)(4)(A) and (B) is appropriate. Pl.'s Resp. Br. at 2 (docket no. 69). Plaintiffs further agree to the dismissal of all claims brought by individual Plaintiffs Seth Villafan and Joshua Graves. *Id.* at 3. Only Plaintiff Olson's claims remain in this case.

The Court finds this case is appropriate for mediation under Local Civil Rule 39.1(c). It is ORDERED that the parties exchange written demands for settlement and that counsel meet and discuss settlement pursuant to Local Civil Rule 39.1(c)(2) no later

ORDER - 1

than August 6, 2023. The parties are advised that the Court's home page at www.wawd.uscourts.gov contains a roster of approved mediators and their profiles. This information is also available for viewing in Seattle and Tacoma at the intake counter of the Clerk's Office. Counsel are directed to file with the Court the name of the mediator as soon as one is selected. The mediation will be conducted at such time or times as set by the mediator. Mediation shall be completed no later than September 1, 2023, and a letter of compliance shall be filed with the Court no later than September 8, 2023.

NOW, it is therefore ORDERED that:

(1) Plaintiffs' class action claims are DISMISSED with prejudice;

(2) Plaintiffs' motion to certify class, docket no. 40, is STRICKEN as moot; and

(3) Plaintiff Villafan's and Plaintiff Graves's claims are DISMISSED with prejudice, and they are DISMISSED from this case.

(4) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 14th day of June, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 2