UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH VILLAFAN, et al.,

    Plaintiff,

v.

NORTHWEST MOTORSPORT, LLC, et al.,

    Defendant.

C20-1616 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Regarding Plaintiff's motion for clarification, docket no. 71, paragraph 3 of the Court's previous Order, docket no. 70, is amended to state that "Plaintiff Villafan's and Plaintiff Graves's claims are DISMISSED without prejudice, and they are DISMISSED from this case."

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2023.

Ravi Subramanian<br>
Clerk<br>
<br>
s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 1