The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETH VILLAFAN, a single man; WOLFGANG OLSON, a single man; and JOSH GRAVES, a married but separated man,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST MOTORSPORT, LLC, a Washington limited liability company; HILT VENTURE CAP INC., a Washington limited liability company; DONALD FLEMING and JANE DOE FLEMING, residents of Montana, and the marital community composed thereof; NORTHWEST MOTORSPORT, INC., a Washington corporation; RICHARD FORD and JANE DOE FORD, residents of Texas, and the marital community composed thereof; RFJ AUTO PARTNERS NORTHERN HOLDINGS, INC., a Delaware corporation; JOHN and JANE DOES 1-5 and the marital communities composed thereof; and RFJ AUTO GROUP, INC., a foreign corporation,<br><br>Defendants. | NO. 2:20-cv-01616 TSZ<br><br>**THE PARTIES' STIPULATION AND ORDER TO PERMIT REMOTE TESTIMONY OF EXPERT WITNESSES AT TRIAL**<br><br>**NOTED FOR CONSIDERATION: THURSDAY, FEBRUARY 8, 2024** |

---

**THE PARTIES' STIPULATION AND ORDER TO PERMIT REMOTE TESTIMONY OF EXPERT WITNESSES AT TRIAL- 1**
2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone / 425-582-8165
gene@defectivevehiclelaw.com

## I.  STIPLUATION

Pursuant to LCR 7(d)(1) and 10(g), Plaintiff and Defendants hereby submit this stipulated motion for entry of an order allowing the remote testimony of expert witnesses at trial in this matter, which is set for February 26, 2024. The parties have conferred and agree that the remote testimony of expert witnesses at trial should be allowed.

IT IS SO STIPULATED this 8th day of February, 2024.

Law Offices of Eugene N. Bolin, Jr., PS
By: *s/Eugene N. Bolin, Jr.*
Eugene N. Bolin, Jr., WSBA #11450
144 Railroad Ave., Suite #308
Edmonds, WA  98020
Telephone: 425-582-8165
Fax:  888-527-2710
Email:  eugenebolin@gmail.com

BERRY & BECKETT, PLLP
By *s/Guy Beckett*
Guy W. Beckett, WSBA #14939
1708 Bellevue Avenue
Seattle, WA  98122
Telephone: (206) 441-5444
Email:  gbeckett@beckettlaw.com
*Attorneys for Plaintiffs*

Forsberg & Umlauf, P.S.
By: *s/Paul S. Smith*
Martin J. Pujolar, WSBA #36049
Paul S. Smith, WSBA #28099
901 Fifth Ave., Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
Fax: 206-689-8501
Email: mpujolar@foum.law
Email: psmith@foum.law
*Attorneys for Defendants*

**THE PARTIES' STIPULATION AND ORDER TO PERMIT REMOTE TESTIMONY OF EXPERT WITNESSES AT TRIAL- 2**
2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone / 425-582-8165
gene@defectivevehiclelaw.com

## II. ORDER

The Court having considered the foregoing stipulated motion, and finding that good cause has been shown for the requested relief, it is hereby

ORDERED that the testimony of expert witnesses at trial can occur remotely.

ENTERED this 9th day of February, 2024.

*Thomas S. Zilly*
The Hon. Thomas S. Zilly
United States District Court Judge

THE PARTIES' STIPULATION AND ORDER TO PERMIT REMOTE TESTIMONY OF EXPERT WITNESSES AT TRIAL- 3
2:20-cv-01616 TSZ

Law Offices of Eugene N. Bolin, Jr., P.S.
144 Railroad Avenue, Suite 308
Edmonds, WA  98020
Phone / 425-582-8165
gene@defectivevehiclelaw.com