UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH VILLAFAN, et al.,

          Plaintiff,

v.

NORTHWEST MOTORSPORT, LLC, et al.,

          Defendants.

C20-1616 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is ORDERED to file no later than February 21, 2024, copies of the following documents:

    (a) The Retail Installment Sales Contract dated November 11, 2017.

    (b) The Warranty Vehicle Protection Plan Service Contract signed by Plaintiff Olson.

    (c) The Ally Gap Addendum.

    (d) The Implied Warranty Negotiation Statement.

    (e) The Disclosure of Verbal Agreements.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1