# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFGANG OLSON,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHWEST MOTORSPORT, INC. and NORTHWEST MOTORSPORT, LLC,<br><br>        Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-1616 TSZ |

\_\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby ENTERED in favor of Plaintiff Wolfgang Olson and against Defendants Northwest Motorsport, Inc. and Northwest Motorsport, LLC on Olson's Washington Consumer Protection Act and breach of contract claims in the amount of $4,181. Judgment is hereby ENTERED in favor of Northwest Motorsport, Inc. and Northwest Motorsport, LLC on Olson's breach of implied warranty of merchantability and negligence claims.

Dated this 13th day of March, 2024.

 

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk