# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WOLFGANG OLSON,<br><br>               Plaintiff,<br><br>    v.<br><br>NORTHWEST MOTORSPORT, INC. and NORTHWEST MOTORSPORT, LLC,<br><br>               Defendants. | AMENDED JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C20-1616 TSZ |

\_\_\_\_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_\_   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to Federal Rule of Civil Procedure 59(e), amended judgment is hereby ENTERED in favor of Plaintiff Wolfgang Olson and against Defendants Northwest Motorsport, Inc. and Northwest Motorsport, LLC on Olson's Washington Consumer Protection Act and breach of contract claims in the amount of $4,181.  Defendants are DIRECTED to pay Olson prejudgment interest in the amount of $3,295.96.  Additionally, Defendants are ORDERED to pay Olson attorney's fees in the amount of $209,859.37, and costs in the amount of $71,835.08.  Judgment is hereby ENTERED in favor of Northwest Motorsport, Inc. and Northwest Motorsport, LLC on Olson's breach of implied warranty of merchantability and negligence claims.

Dated this 12th day of June, 2024.

                                                      Ravi Subramanian
                                                      Clerk

                                                      s/Laurie Cuaresma
                                                      Deputy Clerk